No. D–1133. IN RE DISBARMENT OF SNYDER. It is ordered that Vincent Thomas Snyder, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue,

returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.